AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

FRANCIS TREMAYNE,

                                                        JUDGMENT IN A CIVIL CASE

v.

CHARLES CROW; STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS;
WASHINGTON STATE PENITENTIARY; et al.,

CASE NUMBER: CV-04-5056-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendants' Motion for Summary Judgment is Granted. Plaintiff's Motion to Continue with Plaintiff's Case Via Litigation is Denied. Judgment is entered in favor of the Defendants.

| | |
|---|---|
| August 6, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |